UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTROCK CP, LLC,

        Plaintiff,

v.

SIMPSON TACOMA KRAFT COMPANY, et al.,

        Defendants.

C16-1198 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Westrock CP, LLC and Westrock RKT Company's (collectively "Westrock") motion to continue the summary judgment hearing pursuant to Fed. R. Civ. P. 56(d), docket no. 33, is GRANTED in part and DENIED in part. Defendants' motion for summary judgment, docket no. 29, is RENOTED for July 21, 2017. Westrock's opposition to defendants' motion is due on or before July 17, 2017. Defendants' reply, if any, is due on the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of June, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1