UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTROCK CP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SIMPSON TACOMA KRAFT COMPANY, et al.,<br><br>　　　　　　Defendants. | C16-1198 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Defendants' Motion for Summary Judgment, docket no. 29, is RENOTED to August 11, 2017, to coincide with the noting date of plaintiff Westrock CP, LLC's Cross-Motion for Summary Judgment, docket no. 43.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of July, 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1