UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTROCK CP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SIMPSON TACOMA KRAFT COMPANY, et al.,<br><br>        Defendants. | C16-1198<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to stay discovery, docket no. 57, pending resolution of the parties' cross-motions for summary judgment, docket nos. 29, 43, is GRANTED based on the stipulation of the parties, docket no. 60. Accordingly, discovery is hereby STAYED pending resolution of the parties' cross-motions for summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1