UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTROCK CP, LLC,

    Plaintiff,

v.

SIMPSON TACOMA KRAFT COMPANY, et al.,

    Defendant.

C16-1198 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff/Counterclaim Defendant WestRock CP, LLC is DIRECTED to file under seal a complete copy of the final, executed version of the Asset Purchase Agreement relied on in its Cross-Motion for Summary Judgment, docket no. 43, no later than **Tuesday, October 10, 2017, at 12:00 p.m.**

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of October, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1