UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTROCK CP, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SIMPSON TACOMA KRAFT COMPANY, et al.,<br><br>    Defendants. | C16-1198 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Westrock CP, LLC and Westrock RKT Company's Motion for Relief of Deadline, docket no. 75 (the "Motion"), is RENOTED for Friday, February 9, 2018. Defendants' shall file their opposition to the Motion, if any, no later than 12:00 p.m., February 9, 2018. No reply shall be filed unless requested by the Court.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 8th day of February, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1