UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTROCK CP, LLC,

                        Plaintiff,

        v.                                              C16-1198 TSZ

SIMPSON TACOMA KRAFT                                    MINUTE ORDER
COMPANY, et al.,

                        Defendants.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     WestRock CP, LLC and WestRock RKT Company's (collectively,
"WestRock") Motion for Relief of Deadline, docket no. 75, is GRANTED.  Simpson's
Motion for Attorney Fees and Costs, docket no. 71, is RENOTED for March 16, 2018.
Any response by WestRock shall be filed on or before March 12, 2018.  Simpson's reply,
if any, shall be due on or before the noting date.

        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 9th day of February, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1