HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTROCK CP, LLC f/k/a ROCKTENN CP, LLC,<br><br>        Plaintiff,<br>  v.<br><br>SIMPSON TACOMA KRAFT COMPANY, LLC AND SIMPSON LUMBER COMPANY, LLC<br><br>        Defendants. | NO. 2:16-cv-01198-TSZ<br><br>ORDER GRANTING WESTROCK CP, LLC AND WESTROCK RKT COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE |
| SIMPSON TACOMA KRAFT COMPANY, LLC,<br><br>        Counterclaim Plaintiff,<br>  v.<br><br>WESTROCK CP, LLC f/k/a ROCKTENN CP, LLC,<br><br>        Counterclaim Defendant. | |
| SIMPSON TACOMA KRAFT COMPANY, LLC,<br><br>        Third-Party Plaintiff,<br>  v.<br><br>WESTROCK RKT COMPANY f/k/a ROCKTENN COMPANY,<br><br>        Third-Party Defendant. | |

ORDER GRANTING WESTROCK CP, LLC AND WESTROCK RKT
COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE
OVER-LENGTH RESPONSE - 1
(2:16-cv-01198)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6382947.2

1     THIS MATTER, having come before the Court on WestRock CP, LLC and WestRock RKT Company's (collectively "WestRock") Unopposed Motion for Leave to File Over-Length Response, docket no. 85, and the Court having reviewed all documents submitted, the Court finds that the motion should be granted. Now, therefore, it is hereby

    ORDERED that Plaintiff WestRock CP, LLC and WestRock RKT Company's Unopposed Motion for Leave to File Over-Length Response is GRANTED and WestRock's response in opposition to Simpson's Motion for Attorney Fees and Costs (Doc. 71) may be up to seventeen pages in length.

    DATED this 12th day of March, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING WESTROCK CP, LLC AND WESTROCK RKT COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE - 2
(2:16-cv-01198)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6382947.2

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC

By: s/ Rodney L. Umberger
 Rodney L. Umberger, WSBA #24948
By: s/ Daniel J. Velloth
 Daniel J. Velloth, WSBA #44379

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
E-mail: rumberger@williamskastner.com
 dvelloth@williamskastner.com

-and-

BURR & FORMAN LLP

By s/ John O'Shea Sullivan
John O'Shea Sullivan, Admitted *Pro Hac Vice*
By s/ Tala Amirfazli
Tala Amirfazli, Admitted *Pro Hac Vice*

171 Seventeenth Street, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Fax: (404) 817-3244
Email ssullivan@burr.com
 tamirfazli@burr.com

Attorneys for Plaintiff/Counterclaim Defendant/Third-Party Defendant

ORDER GRANTING WESTROCK CP, LLC AND WESTROCK RKT COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE - 3
(2:16-cv-01198)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6382947.2