UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WESTROCK CP, LLC,

        Plaintiff,

  v.

SIMPSON TACOMA KRAFT COMPANY, et al.,

        Defendants.

C16-1198 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Notice of Settlement, docket no. 94, Simpson Tacoma Kraft Company, LLC's ("Simpson") Motion for Attorney Fees and Costs, docket no. 71, is STRICKEN without prejudice as moot. In the event settlement is not perfected, Simpson shall have fourteen (14) days from the date of this Minute Order to refile its motion for attorney's fees and costs. *See* FED. R. CIV. P. 54(d)(2)(b)(i).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of May, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1